IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PULTE HOME CORPORATION,
A FOREIGN CORPORATION,

      Appellant,

v.

RIVERWOOD BY DEL WEBB
MONTEREY CONDOMINIUM
ASSOCIATION, INC. AND OLD
DOMINION INSURANCE COMPANY,

      Appellees.

Case No.  5D21-1670
LT Case No. 2016-CA-0883

_____/

Decision filed June 21, 2022

Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Ellen Germuska Smith, Mark
A. Boyle and Amanda K.
Boyle, of Boyle, Leonard &
Anderson, P.A., Fort Myers,
for Appellant.

Elizabeth K. Russo and Paulo
R. Lima, of Russo Appellate
Firm, P.A., Miami, and Reed

W. Grimm, of Taylor, Day, Grimm & Boyd, Jacksonville, for Appellee, Old Dominion Insurance Company.

No Appearance for Other Appellee.


PER CURIAM.

AFFIRMED.


LAMBERT, C.J., HARRIS and SASSO, JJ., concur.